IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOHN MAYTON, | § | |
| Plaintiff, | § | |
| v. | § | EP-19-CV-155-KC |
| CESAR CASAS, IN HIS INDIVIDUAL CAPACITY; LUIS AGUILAR, IN HIS INDIVIDUAL CAPACITY; and THE COUNTY OF EL PASO, | § | |
| Defendants. | § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. On August 21, 2020, the Court denied Plaintiff's Motion for Protective Order and Objections, ECF No. 75, and Defendants Aguilar and Casas' Motion to Dismiss for Lack of Prosecution, ECF No. 74. ECF No. 77 (the "Order"). The Court further ordered Plaintiff to serve responses to Defendant's discovery requests, and to file notice with this Court of such service, by no later than September 11, 2020. *Id.* Because Plaintiff had violated multiple prior orders of this Court, *see* ECF Nos. 52, 65, 69, 70, 77, the Court gave Plaintiff "one final chance to comply with the Court's orders," and "strongly caution[ed] Plaintiff" that failure to comply could result in dismissal of the case. Order 4. September 11, 2020, has come and gone, and Plaintiff has yet again failed to comply with an order of this Court. This comes after multiple admonishments that failure to comply with Court orders could result in dismissal of the case. ECF Nos. 52, 70, 77.

Accordingly, because Plaintiff failed to comply with the Court Order, Plaintiff's claims against Defendants are **DISMISSED**. All pending motions are **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED.**

**SIGNED** this 14th day of September, 2020.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE